

1325 Franklin Ave, Ste. 160, Garden City, NY 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

January 30, 2023

Hon. Alan S. Trust
U.S. Bankruptcy Judge
Eastern District of N.Y.
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

**Re: Gerasimos Dalmanieras and Anna J Dalmanieras aka Anna Dalmanieras aka Anna J Ballas– BK Case No. 8-19-78274-ast**

Dear Judge Trust:

This office represents Secured Creditor Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, in the above-referenced matter. Please be advised that Motion for Relief from Automatic Stay filed on August 10, 2022 (ECF Docket No. 54), scheduled for January 26, 2023, has been adjourned, on consent, to March 9, 2023 at 10:00 A.M.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

Respectfully submitted,

By: /s/ Katherine Heidbrink
Katherine Heidbrink, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Secured Creditor
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

CC: Richard A Jacoby, Esq.